**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02153-BNB

JEREMY NECHOL DENISON,

      Applicant,

v.

PAM PLOUGHE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Applicant's "Motion to Attach Exhibits to Petition" filed on November 10, 2009, in which he asks to submit exhibits to the court in support of his application for a writ of habeas corpus, is GRANTED.

Dated:  December 2, 2009

---